■ ARLENE LITWAK, as Administratrix of the Estate of MYRON LITWAK, Deceased, Appellant-Respondent, v OUR LADY OF VICTORY HOSPITAL OF LACKAWANNA, Respondent-Appellant, et al., Defendants. (Appeal No. 2.) [661 NYS2d 569] —Appeals unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeals from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Denman, P. J., Pine, Doerr, Balio and Fallon, JJ.